■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS SARKIS, Appellant. [715 NYS2d 311] —Judgment, Supreme Court, Bronx County (Nicholas Iacovetta, J.), rendered April 22, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 5½ to 11 years, unanimously affirmed.

The verdict was not against the weight of the evidence. Credibility issues were properly considered by the jury and there is no basis upon which to disturb the jury's determinations.

We perceive no abuse of sentencing discretion. Concur—Sullivan, P. J., Rosenberger, Lerner, Andrias and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MONTANEZ, Appellant. [715 NYS2d 310] —Judgment, Supreme Court, Bronx County (Richard Price, J., on speedy trial motion; Harold Silverman, J., at jury trial and sentence), rendered October 15, 1996, convicting defendant of robbery in the first degree, and sentencing him, as a persistent violent felony offender, to a term of 10 years to life, unanimously affirmed.

The court properly exercised its discretion (*see, People v Melcherts*, 225 AD2d 357, *lv denied* 88 NY2d 881) in restricting defense cross-examination into whether police officers attempted to search defendant's apartment after the arrest.

The court properly denied defendant's speedy trial motions. The record does not support his contention that the People's statements of readiness were illusory (*see, People v Acosta*, 249 AD2d 161, *lv denied* 92 NY2d 892). Concur—Sullivan, P. J., Rosenberger, Lerner, Andrias and Friedman, JJ.